IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
SEP 09 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MJ 19-69-BLG-TJC |
| LG LML212VL with IMEI: 357021092921712; and | ORDER |
| SAMSUNG SM-S367VL(GP) with IMEI: 352069105978695. | |
| BOTH CURRENTLY LOCATED AT DEA BILLINGS RESIDENT OFFICE, 2970 KING AVE WEST, BILLINGS, MONTANA. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

1

DATED this 9 day of September, 2019.

                                      TIMOTHY J. CAVAN
                                      United States Magistrate Judge